IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

RICKY O. WILLIAMS,

      Petitioner,

v.

      No. CIV 09-094-RAW-KEW

EMMA WATTS,

      Respondent.

## ORDER AND OPINION
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's denial of his petition for a writ of habeas corpus. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 27th day of January 2011.

      **RONALD A. WHITE**
      **UNITED STATES DISTRICT JUDGE**